UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

———————————————————————————

HUDSON FURNITURE, INC., and
BARLAS BAYLAR,

                    Plaintiffs,

        v.                                                   Case No. 20-cv-04891

ALAN MIZRAHI d/b/a ALAN MIZRAHI LIGHTING,
and LIGHTING DESIGN WHOLESALERS INC.,

                    Defendants.

———————————————————————————

## ~~[PROPOSED]~~ ORDER GRANTING
## LEAVE TO EFFECT ALTERNATIVE SERVICE

        Upon consideration of Plaintiffs' *ex parte* Motion for Leave to Effect Alternative Service, the accompanying Memorandum of Law, and Declarations in support with attached exhibits, and the entire record herein,

        IT IS HEREBY ORDERED that, sufficient cause having been shown, Plaintiffs' Motion is GRANTED.  Pursuant to Federal Rule of Civil Procedure 4(f)(3), Plaintiffs may effect proper and adequate service of the Summons, Complaint, papers in support of their pending Motion for Preliminary Injunction, and all other pleadings and papers in this action, upon defendant Alan Mizrahi d/b/a Alan Mizrahi Lighting ("Mizrahi") by complying with the following methods:

        1)  by mail to Robert L. Greener of the Law Office of Robert L. Greener, P.C. ("Greener"), counsel for Mizrahi known to represent him in the action entitled *Restoration Hardware, Inc., et al. v. Lighting Design Wholesalers,*

*Inc., et al.*, No. 17-cv-05553 (S.D.N.Y.), at his office address at 112

Madison Avenue, 6th Floor, New York, New York 10016;

2) by electronic mail to Greener's address set forth on his firm's letterhead at

rlg@greenerlegal.com; and

3) by electronic mail using the RPost secure email service to the following

email addresses, known or reasonably believed to be used and/or

monitored by Mizrahi:

    a. alon68@aol.com;

    b. mizrahiweb@yahoo.com;

    c. lauren@alanmizrahi.net;

    d. jessica@alanmizrahi.net;

    e. dan@alanmizrahi.net;

    f. alan.alanmizrahi@gmail.com;

    g. order@alanmizrahi.net;

    h. mike@alanmizrahi.net;

    i. david@alanmizrahi.net;

    j. sales@alanmizrahi.net;

    k. info@alanmizrahi.net;

l.  alan@alanmizrahi.net;

m.  billing@alanmizrahi.net;

n.  trade@alanmizrahi.net

Plaintiffs have demonstrated that the methods of service set forth above are not prohibited by international agreement, and will provide adequate notice to Mizrahi pursuant to Fed. R. Civ. P. 4 and the Due Process Clause of the United States Constitution.

Service of any papers pursuant to this Order shall be accompanied by a copy of this Order.

Nothing in this Order shall preclude service by any other means, or on any other defendant, which are permitted by the Federal Rules of Civil Procedure and applicable state law.

Entered this __7th__ day of __July_____, 2020.

_____
JUDGE OF THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

082181.00110 Litigation 15509292v1