UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
HUDSON FURNITURE INC., and BARLAS : 
BAY:AR, :
:
       *Plaintiffs*, :
:
  -v- :   20 Civ. 4891 (PAC)
:
ALAN MIZRAHI d/b/a ALAN MIZRAHI :
LIGHTING and LIGHTING DESIGN : **ORDER**
WHOLESALERS INC., :
:
       *Defendants*. :
:
---------------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

    Upon Plaintiffs' Hudson Furniture, Inc. and Barlas Baylar motion for preliminary injunction, accompanying memorandum of law, dated June 26, 2020, and the declarations of Patrick Hines and Barlas Baylar, dated June 25, 2020, and annexed exhibits, it is hereby

    ORDERED that Plaintiffs post security in the amount of $10,000.

    As per the Court's prior order, the Defendants time to answer is August 3, 2020. (*See* Dkts. 34, 36.)

Dated: New York, New York           SO ORDERED
       July 29, 2020

                                              _____
                                              PAUL A. CROTTY
                                              United States District Judge