UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
HUDSON FURNITURE, INC., and BARLAS  :
BAYLAR, :
:
:
:
*Plaintiffs*, :
: 20 Civ. 4891 (PAC)
   -*against*- :
:
ALAN MIZRAHI d/b/a ALAN MIZRAHI : **ORDER ON PRELIMINARY**
LIGHTING and LIGHTING DESIGN : **INJUNCTION AS TO**
WHOLESALERS INC. : **DEFENDANTS ALAN**
: **MIZRAHI AND LIGHTING**
*Defendants*. : **DESIGN WHOLESALERS, INC.**
:
:
:
---------------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

    The Court has entered an opinion and order granting in part Plaintiffs' motion for a preliminary injunction as to Defendants Alan Mizrahi and Lighting Design Wholesalers, Inc.

    IT IS HEREBY ORDERED, in accordance with Federal Rule of Civil Procedure 65, sufficient cause having been shown, the motion is GRANTED in part, and further ORDERED as follows:

    Defendants, his officers, employees, and any persons acting in concert or participation with any of them who receive notice of this Injunction are enjoined from:

    1. Directly or indirectly infringing any copyrighted photographs that are owned or exclusively controlled by any of Plaintiffs ("Plaintiffs' Works") and are the subject of the Hudson Copyrights, i.e., any copyrighted works identified in the Baylar Declaration and Exhibit 2 to that Declaration;

1

2. Directly or indirectly infringing any trademark that is owned or exclusively controlled by Plaintiffs including the trademarks identified in Exhibit 1 to the Baylar Declaration;

3. Directly or indirectly manufacturing, importing, distributing, offering for sale, and/or selling copies of Plaintiffs' trademarks;

4. Enabling, facilitating, permitting, assisting, soliciting, encouraging or inducing others to directly or indirectly infringe, manufacture, distribute, offer for sale, and/or selling copies of Plaintiffs' Works or trademarks; and

5. Using false designation of origin, false statements, and/or deceptive conduct that cause confusion and deceive consumers about the origin, sponsorship, or association of Defendants' products and/or services including by using the photographs, which are the subject of the Hudson copyrights and/or by using Hudson's trademarks to falsely represent that Defendants' products are those of Plaintiffs; including, without limitation, representing itself as being an authorized retailer, wholesaler, distributor, vendor, or agent of Hudson and/or Hudson's products.

ORDERED, that Plaintiffs must serve a copy of this Order on Defendant Lighting Design Wholesalers, Inc. consistent with New York Corporations Law § 306. Plaintiffs are further directed to serve the order on Defendant Mizrahi:

1) by mail to Robert L. Greener of the Law Office of Robert L. Greener, P.C. ("Greener"), counsel for Mizrahi at his office address at 112 Madison Avenue, 6th Floor, New York, New York 10016;

2) by electronic mail to Greener's address set forth on his firm's letterhead at rlg@greenerlegal.com; and

3) by electronic mail using the RPost secure email service to the following email addresses, known or reasonably believed to be used and/or monitored by Mizrahi:

alon68@aol.com; mizrahiweb@yahoo.com; lauren@alanmizrahi.net; jessica@alanmizrahi.net;

dan@alanmizrahi.net; alan.alanmizrahi@gmail.com; order@alanmizrahi.net;

mike@alanmizrahi.net; david@alanmizrahi.net; sales@alanmizrahi.net; info@alanmizrahi.net;

alan@alanmizrahi.net; billing@alanmizrahi.net; trade@alanmizrahi.net

    IT IS FURTHER ORDERED that this Preliminary Injunction shall remain in effect until further order of the Court.  The requirement that Plaintiffs post bond pursuant to Federal Rule of Civil Procedure 65 is continued.

Dated: New York, New York  
       September 1, 2020

SO ORDERED

_____  
PAUL A. CROTTY  
United States District Judge