```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HUDSON FURNITURE, INC., et al.,

                Plaintiffs,

     - against -

ALAN MIZRAHI, et al.,

                Defendants.
------------------------------------------------------------X

20-CV-4891 (PAC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Defendants' request for adjournment of the Initial Pretrial Conference is denied. (Dkt. 64.) Defendants' request to submit the proposed scheduling order by September 30, 2020 (Dkt. 64), is denied as moot in light of Plaintiffs' submission of a proposed order (Dkt. 66). In advance of the conference, however, Defendants and Plaintiffs shall meet and confer to discuss the proposed order and shall file a joint amended proposed scheduling order by **October 2, 2020**.

                                            SO ORDERED.

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated: September 28, 2020
        New York, New York

Copies transmitted this date to all counsel of record.