UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HUDSON FURNITURE, INC, et al.,          :     20-CV-4891 (PAC) (RWL)
                                        :
                    Plaintiffs,         :     **ORDER**
                                        :
         - against -                    :
                                        :
ALAN MIZRAHI, et al.,                   :
                                        :
                    Defendants.         :
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2021

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the conference held on January 21, 2021:

1. By Tuesday, **January 26, 2021**, the parties shall complete meeting and conferring with respect to Plaintiffs' discovery requests and Defendants' responses thereto.

2. By Friday, **January 29, 2021**, Defendants shall complete production of all responsive, non-privileged documents located after a reasonable search.

3. The parties shall promptly finalize a protective order for confidential information, such order to allow attorneys'-eyes-only material to be shared with experts, provided they are subject to the protective order.

4. By Friday, **January 29, 2021**, Defendants shall submit a sworn declaration that they have used their best efforts to find and remove from internet and social media sites over which they have control all material subject to the preliminary injunction.

5. The parties will meet and confer and submit a proposed revised scheduling order, which should be submitted by **January 29, 2021**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 21, 2021
       New York, New York

Copies transmitted this date to all counsel of record.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 21, 2021
       New York, New York

Copies transmitted this date to all counsel of record.