USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HUDSON FURNITURE, INC., et al.,

                Plaintiffs,

- against -

ALAN MIZRAHI, et al.,

                Defendants.
-------------------------------------------------------------X

20-CV-4891 (PAC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On March 18, 2021, Plaintiffs filed a letter describing multiple unsuccessful attempts to engage defense counsel in meet and confer to discuss electronic discovery protocols and purported selective deletions in documents. Defendants have not filed a response. Accordingly, by **March 26, 2021**, defense counsel shall provide Plaintiffs with three proposed dates and times for a meet and confer, such dates to be no later than **March 31, 2021**. Defense counsel shall cooperate in scheduling and engaging in meaningful meet and confer to discuss the issues. If the issues have not been resolved through that meet and confer, Plaintiffs shall so inform the Court and renew their request for a conference. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 88 as denied without prejudice.

                SO ORDERED.

                _____
                ROBERT W. LEHRBURGER
                UNITED STATES MAGISTRATE JUDGE

Dated: March 24, 2021
       New York, New York

Copies transmitted this date to all counsel of record.