UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
HUDSON FURNITURE, INC., et al.,

                Plaintiffs,

      - against -

ALAN MIZRAHI, et al.,

                Defendants.
-------------------------------------------------------------X

20-CV-4891 (PAC) (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2021

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This resolves the motion request raised by Plaintiffs at Dkt. 90. The request to file a motion to compel is denied without prejudice to a later application should that be necessary. Defendants shall cooperate with Plaintiffs to arrive at parameters and protocols for ensuring a thorough search and collection of information by Defendants, with the expectation that the particulars will be agreed upon no later than **May 26, 2021**. The parties may submit a request for extension of the discovery schedule.

                                    SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: May 12, 2021
       New York, New York

Copies transmitted this date to all counsel of record.