UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUDSON FURNITURE, INC., and BARLAS BAYLAR,<br><br>                      Plaintiffs,<br><br>             v.<br><br>ALAN MIZRAHI d/b/a ALAN MIZRAHI LIGHTING, and LIGHTING DESIGN WHOLESALERS, INC.,<br><br>                      Defendants. | 20-CV-04891 (JAV)<br><br>**NOTICE OF REASSIGNMENT** |

JEANNETTE A. VARGAS, United States District Judge:

      This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-jeannette-vargas. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Nothing herein shall affect the scope of the existing reference to the Magistrate Judge. Any conference or oral argument before or directed by the Magistrate Judge will proceed as ordered.

Dated: January 10, 2025
       New York, New York

                                                      _____
                                                      JEANNETTE A. VARGAS
                                                      United States District Judge