UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
                                                                                           :

HUDSON FURNITURE, INC. and BARLAS   :
BAYLAR,                                           :
                                        Plaintiff,   :      20-CV-4891 (JAV)
                                                           :
                -against-               :      <u>FINAL JUDGMENT</u>
                                                           :

ALAN MIZRAHI d/b/a ALAN MIZRAHI    :
LIGHTING AND LIGHTING DESIGN
WHOLESALERS INC.,                             :
                                    Defendants. :
-------------------------------------------------------------- X

JEANNETTE A. VARGAS, District Judge:

      WHEREAS, on May 21, 2025, the Court adopted the Magistrate Judge's Report and Recommendation for the inquest on damages (ECF No. 179);

      WHEREAS, on May 22, 2025, the Court entered a permanent injunction (ECF No. 180) enjoining and restraining Defendants from, *inter alia*, copying or making unauthorized use of the Hudson Registered Marks, the Hudson Unregistered Marks, and the Hudson Copyrights, and committing any acts that cause purchasers to mistakenly believe that Defendants' products are those of Plaintiffs, or vice versa;

      WHEREAS, on May 28, 2025, Plaintiffs filed a letter (ECF No. 181) indicating the parties' consent to voluntarily dispose of the remaining claims and issues that were not resolved by the Court's grant of partial summary judgment on September 25, 2023; and

      WHEREAS, the parties jointly request that the Court now enter final judgment on the issues resolved on summary judgment, including the monetary award;

      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that,

      1.     Plaintiffs shall be awarded against Defendants, jointly and severally, the following amounts:

    a. Plaintiff Hudson Furniture is awarded $15,101.10 in compensatory damages under the Lanham Act, and pre-judgment interest on that amount at the federal rate provided in 28 U.S.C. § 1961(a) from the date the Complaint was filed on June 25, 2020, to the date of Judgment ($3.72 x 1799 days), for a total prejudgment interest award of $6,692.28;

    b. Plaintiff Hudson Furniture is awarded $450,000.00 in statutory damages under the Copyright Act, plus pre-judgment interest on that amount at the federal rate provided in 28 U.S.C. § 1961(a) from the date the Complaint was filed on June 25, 2020, to the date of Judgment ($110.96 x 1799 days), for a total prejudgment interest award of $199,617.04;

    c. Plaintiff Baylar is awarded $50,000 in punitive damages;

    d. Plaintiff Hudson Furniture is awarded $244,870.00 in reasonable attorney's fees;

    e. Plaintiff Hudson Furniture is awarded $7,919.48 in costs;

    f. Plaintiffs are awarded post-judgment interest on the foregoing at the statutory rate under 28 U.S.C. § 1961(a).

2. The Court further ORDERS that the automatic 30-day stay of enforcement of judgment be dissolved.

3. On consent of the parties, the Court dismisses Counts I-VI of the Complaint and awards no damages or fees and costs to Defendants with respect to Plaintiffs' claims related to Registration No. VA0002203849.

The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: May 29, 2025
      New York, New York

                                          JEANNETTE A. VARGAS
                                          United States District Judge